# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD HATCHER, | 1:07-cv-00803-AWI-SMS-P |
| Plaintiff, | ORDER CONSTRUING PLAINTIFF'S RESPONSE AS MOTION FOR EXTENSION OF TIME |
| v. | |
| MADERA COUNTY JAIL, et al., | ORDER GRANTING EXTENSION OF TIME TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS or PAY FILING FEE |
| Defendants. | (Doc. 4) |

Plaintiff Donald Hatcher ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On June 11, 2007, the court ordered plaintiff to file an application to proceed in forma pauperis or pay the $350.00 filing fee for this action.  On August 3, 2007, plaintiff filed a response to the court's order, describing circumstances beyond his control causing a delay in his compliance with the court's order .  In light of the fact that plaintiff requires additional time, plaintiff's response shall be construed as a motion for extension of time.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Plaintiff's response filed on August 3, 2007 (Doc. 4) is CONSTRUED as a motion for extension of time; and
2. Plaintiff is GRANTED thirty days from the date of service of this order in which to submit an application to proceed in forma pauperis, or in the alternative, to pay

the $350.00 filing fee for this action, pursuant to the court's order of June 11, 2007.

IT IS SO ORDERED.

**Dated:     August 28, 2007**                         **/s/ Sandra M. Snyder**
                                                              UNITED STATES MAGISTRATE JUDGE